# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ANTOINE JONES,**

        Plaintiff,

    V.        CASE NUMBER: **03-C-722**

**CITY OF MILWAUKEE,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that defendant's motion for summary judgment that plaintiff was not racially discriminated against is GRANTED. This action is hereby DISMISSED.**

    **October 17, 2005**           **SOFRON B. NEDILSKY**
Date           Clerk

           s/ Linda M. Zik
           (By) Deputy Clerk